2254 1983
FILING FEE PAID
Yes No
IFP MOTION FILED
Yes No
COPIES SENT TO
Court ProSe

FILED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

1 Jamos Lynn O'Haros 197067
2 Box 3400 4040 Browning
3 A.S.P.C. Florence State Prison
4 Florence Az 85232 #

1 United States Federal District Courts 9th
2 880 Front Street Room 4290 San Diego Ca. 92101 - 8900 Southern
3 312 North Spring Street Room 6-8. Los Angeles Ca. 90012 Central
4 401 W. Washington Street Ste 130. Phoenix Az. 85003-2118. Phoenix

1. Jamos Lynn O'Haros 197067. #

'08 CV 1334 IEG NLS

-v-

2. Florence Union Inc & Wardens: Ontiveros Torres Bijou Schriro Director

42 usc § 1983 - 540 Mandamus & Other.

(A.) All additional defendants are listed as: Pods or Units of Dept of corrections computer audio-video technical assistants for: public + private domain jails prisons, hospitals 9th Federal District areas of: parish. Mojave Desert area Lancaster to Silver City California + New Mexico. Internet Web sites San Diego Ca to Phoenix Az Norwalk Ca to Santa Barbara Ca Ventura-Oxnard + Lancaster Ca. + Silver City N.M. (unanticipated place of parole).

(B.) Kern County, Kings County CDC CCPOA union POA union Internal Affairs w/ Allstate Insurance Co. Geico Inc Co. Farmers AAA United Way and: (AlphaBio technical HealthSystems Inc.)* Auto Home Life Insurance Network. Auto Body Repair Real Estate Occupational Safety Consultants Health care officers and Law enforcement officers. private Investors at Florence, Az.

(C.) Fed. R. Civ. P on Narcotics Corrections peace officers: 28 usc § 1331 Bivens v. Six unknown Federal Narcotics Agents 403 us 388 (1971). * Mallinckrodt Chemicals; Tretolite chemicals & Glaxo & West Side Pharmaceuticals & *

Pattern of :- Racketeering must be Proved Association or that exist Group of People :-

For Los Angeles Rams / St. Louis Mo. Rams Football Team % Tony Lavoi * et al. Numerous defendants: Los Angeles County Residents: Rosecrans Avenue # Paramount, Downey, Shoemaker and L.A. county La Brea trailer park. 1982 - 1994. '96 '97 '98 '99 - to phoenix Az - via - San Diego Calif Tran shore Beach Realty as Transient officers: (Unit 1 #) of Dept of Corr personnel - : Jay Littleton % McGowen, Red Stovall - Lori Elzy, The Smiths, The Piersons, The Elzys, Greg Price, The Jaltor, Valenods, Klines - Kleins, and Tabors - kowolskis . . . . . . % Helms for :- (Elm Street Mason Lodge Webster Groves Mo.) %s Howard Munos, Andrews, Vasquez, Ortiz, Rodriguez, T. Rice * Rocha, Gaston, Persons, Howie, Zimmerman - Mcdonald Vic Arpaio % Ramos aka Colbert. . . . # (Unit 2 #) San Diego to Santa Barbara Calif Ventura - Oxnard Pardo Dept - Rg. 4. IV - Capt. Dan Hagon, Linda Kowolski, Joe Gutierrez, Deb Kowolski Martinez - Ruiz - Ortiz - Contreras - Ramirez, Maria Thompson Hine * Tom Metzger Hernandez Elzy Alvarez Zimmerman - Garcia Maria Arpaio, Ferrill, Caldwell Hissong - Thompson Pelton - Howie Mcenroe Moronez Gallagher - Osmond Roberts, Lewis, Munoz. (Unit 3 #) Sacramento California to Alvarado County for : pony express highway Ramos Escondido Ca + Mt. View Ca. Mt. View Mo Mt. View Az - Henderson, Stewart, Wayne Auburn Blvd. to Charlie # Flo Gaston chairpersons of :- Peace officer Association of America (Unit 4 #) St. Louis Mo + Calif + Ariz. The Fishers of Fenton Mo. The Bensons the Galazas, % Ramos % Ortiz, % Robuchaux % Contreras Kirkwood - Webster Groves Mo. Kempski - Smith, Sieker, Littleton, Arnold, Mo. # Hempens . . . Arpaio, Victor, Maria (Historics) . . . . . Conglomeration of Networked %s. . . . .

18 USCA § 1961 (4) R.I.C.O. Alcohol Tobacco Firearms Liquor Licensed Owners to phoenix Az. Glendale Az. Vonnie Claude, Thompson " % Moronez, Linda Kowolski, Cathy Fitzgerald, Martinez, Pierson, Hines v. Pierson in Pinal County CV2008 00031 * for :- United States v. Turkette 452 US 576 101 Sct 2524 (1981). Racketeering felony arises to incarceration . . . * (# counts to plaintiff) - 2 - Local Bar Owners Association.

Previous Lawsuits: Exhaustion of Remedies: 42 usc § 1997 e(a) Serious physical injuries 42 usc § 1997 e (e) w/ Imminent Danger: Examples: Post surgical Post Atascadero State Hospital aka Parolee: unfinished leg operation right leg, blood circulation and fiduciary scars numb nerve damage lipoids blood for body for not returned to anatomy of body. 2002 - 2004 - 2005 to 2008. # Doctors Jarvis, Abramson, Williams, Macias, Hamil, Rodriguez, Buchanan, deHoran to Arizona psych & med:

—— In custody Hospital to Hospital prison to prison ——

Head Injuries: Good Samaritan Hospital = Leg and Arm Injuries at: Phoenix Medical Complex Maricopa County; Apache Junction Hospital: and Back Injuries: UCSD Hospital and = Civil authority: Atascadero State Hospital to Security Max Unit, at Florence Az for Rule Violations of automatism, accessory of computers, Internet, Jails, Hospitals, prisons, domain Intelligence as Award defendants. #

§ Venue and Civil disobedience are the factors and elements that deny access to an attorney. Rule Violation Reports: Authored by: C/O's for Affirmative Action Supervision comparatively to American - Spanish - Chicano style for C/O's Names of combining Bilingual meanings to words for definitions. example: C/O Moronez definition: "Brown" § Patrick v. Burget 486 US 94 100-01 108 S.Ct 1658-1663 (1988) "Active Supervision" for a financial profit #). # §

Defendants (Unit E. A) St. Thomas of Aquinas Parish Police, Mexican-Asian Alliance of Quinceañera - Quinceañera Occultist practitioners. Jimmy Wong, Viola Yamamoto representing foreign interest controlled Corp. Ex. Toyota. Affecting Commerce 11 USCA § 361 — And Labor Disputes:

29 USCA § 152 (9). example Woo Chee chang vs. Henry's Mkts: Oriental food chain outlet of Jimmy Wong vs. American Health Food chain pre- Ralphs Grocery Stores Union personnel Labor strikes .- prisoner-petitioner is challenged by defendant the polynesian-indonesian muslim interest sympathized by liberal democrats under Gov. Janet Napolitano.

Anti-christian Anti-American and Anarchy. 18 USCA § 2385: between Sept. 1st 2007 and Oct 7 2007 to 2008. To E.R.O. 5/22/10: Jos Thomas of Aquinas Parish Police, to Grand Jury for indictment on charges of aggravated assault against a hired Liberal Jewish enterprise of one: (Edward Quintana Hernandez). A.R.S. 13-306."). " Tuitunia - Taragntoa - McLaren Ericsson Hawaiian - Guam Q & Z names as pods or units of defendants as Dept. of Corr. union personnel private contract on seasonal employment to supervise petitioners under duress.

Gun control laws: 18 USCA §§ 921-930: "Handguns" stolen handguns on "Hotshot" Owner police Reports: Jerry Norton Fitzgerald-Johnson of St. Louis Mo. and Willow Springs Mo. or/ Mt. View Mo. connected to Mt. Man Militia & Missouri Man Militia of John Trochmann of Bozeman Montana. Shasta County Ca San Diego County California Maricopa, Pinal, Cochise, Coconino Counties Arizona (etc). Guns used in pre conceived conspiracies stolen and not apprehended are "loosely" through Navarro's trade passed to unknown associates associated to defendants through Church congregation(s).

Petitioner Request injunctions preliminary to be allowed a Federal placement upon parole and change of Venue: Before opportunity allows w/ prison here: Fitzgerald's Family over child custody a shooting to occur.

Certificate of Service: Fed R Civ P 5(a) Notice to Respondents:

**Mail the original and one copy of your petition with the $5.00 filing fee or the application to proceed *in forma pauperis* to:** #(28 USC 1655 NO IFP Needed)#

* Phoenix & Prescott Divisions:
U.S. District Court Clerk
U.S. Courthouse, Suite 130
401 West Washington Street, SPC 10
Phoenix, Arizona 85003-2119

OR

* Tucson Division:
U.S. District Court Clerk
U.S. Courthouse, Suite 1500
405 West Congress Street
Tucson, Arizona 85701-5010

7. Change of Address. You must immediately notify the Court and respondents in writing of any change in your mailing address. **Failure to notify the Court of any change in your mailing address may result in the dismissal of your case.**

8. Certificate of Service. You must provide the respondents with a copy of any document you submit to the Court (except the initial petition and application to proceed *in forma pauperis*). Each original document (except the initial petition and application to proceed *in forma pauperis*) must include a certificate of service on the last page of the document stating the date a copy of the document was mailed to the respondents and the address to which it was mailed. Fed. R. Civ. P. 5(a), (d). Any document received by the Court that does not include a certificate of service may be stricken. A certificate of service should be in the following form:

I hereby certify that a copy of the foregoing document was mailed
this 6-16-08. (month, day, year) to:
* Name: Crim Appeals Div.
Address: 202 "C" Street San Diego Ca 92101
Attorney for Respondent(s)
James Lynn O'Neal
(Signature)

Advocacy Organization
Middle Ground Prison Reform
139 East Encanto Dr.
Tempe Az. 85281
Attorneys for Declarant:
480-966-8116.

9. Amended Petition. If you need to change any of the information in the initial petition, you must file an amended petition. The amended petition must be written on the court-approved form. You may file one amended petition without leave (permission) of Court before any respondent has answered your original petition. See Fed. R. Civ. P. 15(a). After any respondent has filed an answer, you must file a motion for leave to amend and lodge (submit) a proposed amended petition. LRCiv 15.1. An amended petition may not incorporate by reference any part of your prior petition. LRCiv 15.1(a)(2). **Any grounds not included in the amended petition are considered dismissed.** Dombrowski Doctrine and Durden Hearing
\+ Motions. Reply, Defense Objections Cross Complaint Counter claim. FTCA.

10. Exhibits. If available, you should attach a copy of all state and federal court written decisions regarding the conviction you are challenging. Do **not** submit any other exhibits with the petition. Instead, you should paraphrase the relevant information in the petition.
\+ San Francisco Ca. Washington DC. Civil State w/ Fed deny w/ prejudice.

11. Letters and Motions. It is generally inappropriate to write a letter to any judge or the staff of any judge. The only appropriate way to communicate with the Court is by filing a written pleading or motion.

US Court of Appeals for the 9th Cir.
95 Seventh Street
San Francisco Ca. 94103-1526
415-355-8000 #



* Assistant Atty. Gen. Kathie Mehia
1275 W. Washington Bar 0116942
Phoenix Az 85007 2997
1800 352 8431 in state (602)

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254 1983 ✓
FILING FEE PAID
Yes No ✓
IFP MOTION FILED
Yes No ✓
COPIES SENT TO
Court ✓ ProSe ✓

FILED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**I (a) PLAINTIFFS**

**James Lynn O'Hines**

**DEFENDANTS**

**Florence Union, et al**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**James Lynn O'Hines**
**PO Box 3400**
**Florence, AZ 85232**
**197067**

**ATTORNEYS (IF KNOWN)**

**'08 CV 1334 IEG NLS**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**42 U.S.C. 1983**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc.
- ☐ Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 7/22/2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~

R.Mollery